JS 45 (5/97) - (Revised USAO MA 11/15/05)

# Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:** Canton     **Category No.** II     **Investigating Agency** FBI

**City** Canton     **Related Case Information:**

**County** Norfolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Michelle Robinson     Juvenile: [ ] Yes  [X] No

**Alias Name** Victoria Gonzales, Michele Wilkinson, Shanae M. Wilkerson

**Address** 341 Bolivar St. #M, Canton, MA 02021-4141

**Birth date (Year only):** 1979  **SSN (last 4 #):** 6115  **Sex** F  **Race:** B  **Nationality:** _____

**Defense Counsel if known:** _____ **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** James P. Dowden     **Bar Number if applicable** 647539

**Interpreter:** [ ] Yes  [X] No     **List language and/or dialect:** _____

**Victims:** [X] Yes  [ ] No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) [ ] Yes [X] No

**Matter to be SEALED:** [X] Yes  [ ] No

[ ] Warrant Requested     [ ] Regular Process     [X] In Custody

**Location Status:**

**Arrest Date:** August 13, 2008

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____ [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

**Charging Document:** [X] Complaint  [ ] Information  [ ] Indictment

**Total # of Counts:** [ ] Petty ___ [ ] Misdemeanor ___ [X] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[X] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 13, 2008     Signature of AUSA: _____

&JS 45  (5/97) - (Revised USAO MA 11/15/05)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Michelle Robinson _____

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. sec 875(d) | Threats in Interstate Commerce | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**