UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) Cr. No. 08-10309-MLW |
| | ) |
| MICHELLE ROBINSON, | ) |
| Defendant. | ) |

ORDER

WOLF, D.J.                                              February 23, 2009

As agreed by the government, pursuant to the All Writs Act, 28 U.S.C. §1651, it is hereby ORDERED that:

1. By February 24, 2009, Assistant United States Attorney Paul Levenson shall compile a list of each attorney, agent, and other government employee to whom the identity of the victim in this case has been disclosed, and file an affidavit stating either that the complete list has been compiled or that the list will be completed by a particular date. In any event, Mr. Levenson shall keep the list for possible future use relating to this case.

2. Each person on the list compiled by Mr. Levenson is an "Authorized Individual" for the purpose of this Order. Each Authorized Individual shall not disclose the identity of the victim in this case to anyone, including anyone else employed by the government, who is not an Authorized Individual unless it is necessary for the purpose of this case, or any investigation or prosecution arising out of this case.

3. If an Authorized Individual discloses the victim's

identity to any other person as permitted by this Order, such other person's name shall be added to the list maintained by Mr. Levenson.  Each such additional person shall be an Authorized Individual for the purpose of this Order.

    4.  Each Authorized Individual shall promptly execute an affidavit stating under oath that he or she has read this Order and acknowledges that a wilful violation of it may be deemed a criminal and/or civil contempt.  Such affidavits shall be kept by Mr. Levenson for possible future use in this litigation.  The affidavit Mr. Levenson files on February 24, 2009, shall state whether he has received an affidavit from each Authorized Individual and, if not, when the affidavits will be received.

    5.  Any document identifying the victim submitted to any court shall be filed under seal.

    /s/ MARK L. WOLF  
UNITED STATES DISTRICT JUDGE