✎AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

FOR THE        DISTRICT OF        MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **SUMMONS IN A CRIMINAL CASE** |
| MICHELLE ROBINSON<br>25 BARRY STREET #2<br>DORCHESTER, MA 02125 | Case Number: 08-10309-MLW |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>UNITED STATES DISTRICT COURT, 1 Courthouse Way, Boston, MA | Rooms<br>COURTROOM 10, 5th Floor. |
|---|---|
| Before:    CHIEF JUDGE MARK L. WOLF | Date and Time<br>APRIL 224, 2009 AT 1:30 PM |

To answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    X Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:
See attached petition


Dennis O'Leary, Deputy Clerk        /s/ Dennis O'Leary
Name and Title of Issuing Officer        Signature of Issuing Officer

AO83 (Rev. 10/03) Summons in a Criminal Case