UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,        )
                                 )
                                 )
          v.                     )   Cr. No. 08-10309-MLW
                                 )
MICHELLE ROBINSON,               )
     Defendant.                  )
                            ORDER

WOLF, D.J.                                        May 1, 2009

     In view of Michelle Robinson's admission at the May 1, 2009
hearing that she violated at least one of the conditions of her
Supervised Release, for the reasons described in court, it is
hereby ORDERED that:

     1.   The condition requiring that Robinson spend the first six
months of her Supervised Release in home confinement on electronic
monitoring is MODIFIED to require instead that she report to the
Community Confinement Center ("CCC") designated by Probation by
12:00 noon on May 8, 2009, comply fully with the requirements of
the CCC, and reside there until August 18, 2009.

     2.   The other conditions of Robinson's Supervised Release
imposed at her sentencing remain in effect.  Any violation of those
conditions may result in the revocation of her Supervised Release
and in her imprisonment.

                              /s/ MARK L. WOLF
                         UNITED STATES DISTRICT JUDGE

2