

# MEMORANDUM

| | |
|---|---|
| **To:** | Honorable Mark L. Wolf<br>U.S. District Chief Judge |
| **From:** | Brett L. Wingard<br>U.S. Probation Officer |
| **Re:** | Michelle Robinson<br>Dkt. #08-CR-10309-MLW |
| | <u>Update on Ms. Robinson's Supervision</u> |
| **Date:** | 1/11/12 |

Background

On 2/20/09, the above named individual appeared before Your Honor for sentencing following a plea of guilty to Cts. 2s and 3s: Wire Fraud, in violation of 18 U.S.C. § 1343. She was sentenced to Time Served effective 2/25/09 (195 days' custody) followed by 3 years of supervised release including restitution in the amount of $280,000, and a $200 special assessment.

Ms. Robinson commenced her term of supervised release in the District of Massachusetts on 2/25/09.  Ms. Robinson was supervised by U.S. Probation in the District of Massachusetts from 2/25/09 to 4/22/10.  As Your Honor may recall, various issues of noncompliance were addressed by the Court and the Probation Office during that time, but none of those issues resulted in revocation.  On 4/22/10, with the Court's permission, Ms. Robinson relocated to the Northern District of Georgia.  Supervision of Ms. Robinson's case was transferred to that District, while jurisdiction remained with Your Honor in this District.  Ms. Robinson is scheduled to terminate supervised release on 2/24/12.

Recent Court Action

On 9/19/11, the Probation Office filed a memo advising the Court of Ms. Robinson's status, and recommending that Ms. Robinson be allowed to terminate her supervised release as scheduled on 2/24/12.  On 9/26/11, Your Honor wrote, "The Court does not concur, and takes the following action: I would like a further report in early January, 2012.  I may want to see Ms. Robinson again before deciding this issue."

Status Update and Recommendation

The Probation Office now writes the Court to update Your Honor on Ms. Robinson's status. Ms. Robinson continues to reside in the Northern District of Georgia, and she reportedly intends to remain there. She continues to hold legitimate employment and attend cosmetology school, where she is now entering the "apprenticeship" phase of the cosmetology program. Ms. Robinson is up to date on her restitution payments, and the current balance is $270,869.83. Ms. Robinson's Special Assessment is paid-in-full. U.S. Probation in the Northern District of Georgia advices that Ms. Robinson is in compliance with the conditions of her supervised release, and she is reportedly "making a new life for herself here in Georgia."

It is the opinion of the Probation Office at this time that Ms. Robinson has paid, and continues to pay, to the best of her ability. It is respectfully recommended that Ms. Robinson's term of supervised release terminate on 2/24/12. Unless Your Honor has any objection to this recommendation, the U.S. Probation Office will terminate Ms. Robinson's term of supervised release as scheduled and notify the Financial Litigation Unit of her expiration so they may proceed to continue to collect the restitution as they deem appropriate.

Reviewed/Approved by:                          Respectfully submitted by:

/s/ Joseph LaFratta                            /s/ Brett L. Wingard
Joseph LaFratta                                Brett L. Wingard
Supervising U.S. Probation Officer             U.S. Probation Officer
617-748-4230                                   617-748-9192

[ ]   The Court concurs
[ ]   The Court does not concur, and takes the following action:
      _____
      _____

_____
Signature of Judicial Officer

_____
Date